

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00030-CV

———————————————

QUIET GROUP LLC AND KEITH JOHNSON, Appellants

V.

READY CABLE, INC., Appellee

On Appeal from County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2023-003805-2

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION AND JUDGMENT

Pro se Appellant Keith Johnson filed a notice of appeal on behalf of himself and Appellant Quiet Group LLC from the trial court's final judgment against them.

Johnson, however, is not an attorney. A company may not appear through a member who is not an attorney. *See, e.g.*, *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) ("Generally a corporation may be represented only by a licensed attorney . . . ."); *Sherman v. Boston*, 486 S.W.3d 88, 95 (Tex. App.—Houston [14th Dist.] 2016, pet. denied) ("Legal entities, such as . . . a limited liability company, generally may appear in a district or county court only through a licensed attorney."). On January 30, 2024, we wrote to Johnson to explain to him that he could not represent Quiet Group because he is not an attorney, and we warned him that we could dismiss the appeal unless a licensed attorney filed a notice of appearance for Quiet Group by February 9, 2024. *See* Tex. R. App. P. 42.3(b), (c).

No licensed attorney has appeared for Quiet Group.[1] Because Quiet Group has failed to obtain counsel as directed by our January 30, 2024 letter, we dismiss its

---

[1] On February 8, 2024, we received a letter from Johnson asking us for a three-week extension to retain counsel. We construed Johnson's letter as an extension motion and notified him that if he did not submit a certificate of conference and pay the $10 motion filing fee by March 1, 2024, we could deny the motion or return it to him unfiled. *See* Tex. R. App. P. 5, 9.5, 10.1(a)(5); *see also* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees). As we have not received either a certificate of conference or the filing fee, we return Johnson's motion to him unfiled.

appeal. *See* Tex. R. App. P. 42.3(b), (c), 43.2(f), 44.3; *Collins Motor Co., L.L.C. v. FirstCapital Bank of Tex., N.A.*, No. 02-20-00192-CV, 2020 WL 5047510, at *1 (Tex. App.—Fort Worth Aug. 27, 2020, no pet.) (mem. op.); *Infracon USA, LLC v. Funding Circle Partners, LP*, No. 02-19-00423-CV, 2020 WL 719431, at *2 (Tex. App.—Fort Worth Feb. 13, 2020, pet. denied) (per curiam) (mem. op.).

We must dismiss Johnson's appeal as well. Johnson's brief was due on May 6, 2024, but he did not file one. On May 17, 2024, we notified Johnson that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Johnson filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because Johnson has failed to file a brief even after we afforded him an opportunity to explain the initial failure, we dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Quiet Group and Johnson must pay all costs of this appeal.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: July 3, 2024

3